MARS INCORPORATED and MEI, INC., Plaintiffs–Appellees,

v.

JCM AMERICAN CORP. and Japan Cash Machine Co., Ltd., Defendants–Appellants.

**649**

**Mars Incorporated and Mei, Inc.,
Plaintiffs–Appellants,**

v.

**JCM American Corp. and Japan Cash
Machine Co., Ltd., Defendants–
Appellees.**

**Nos. 2009–1555, 2009–1574.**

United States Court of Appeals,
Federal Circuit.

Feb. 5, 2010.

ON MOTION

*ORDER*

Upon consideration of Mars Incorporated and MEI, Inc.'s motion to voluntarily dismiss appeal no.2009–1574,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption in 2009–1555 is reflected above.

(2) Each side shall bear its own costs in 2009–1574.